# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00249(1)-ADA |
| | § | |
| (1) SAN JUANITA YULIANA AVALOS VILLEGAS | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 26, 2026, wherein the defendant (1) SAN JUANITA YULIANA AVALOS VILLEGAS waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SAN JUANITA YULIANA AVALOS VILLEGAS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) SAN JUANITA YULIANA AVALOS VILLEGAS 's plea of guilty to Count One (1) is accepted.

Signed this 12th day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE